# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT ALEXANDRIA DIVISION

FILED
2024 JUN -7 P 2:36

Wilson Ochar

V

Lentegrity Etol
Merlex Auto Group

Case No: 1:24-cv-00926

### E-Noticing Registration Request For Pro Se Litigant

| | |
|---|---|
| Case Number: | 1-24-CV-00926 |
| Name: | Wilson Ochar |
| Address: | 928 Manor Rd Apt 202 |
| | Alexandria, VA |
| | 22305 |
| Telephone Number: | 703-795-6182 |
| Email; | wilson.ochar@gmail.com |

The undersigned:
- Consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) via the court's electronic filing system.
- Waives service and notice by first class mail of all electronically filed documents to include orders and judgments.
- Is responsible for immediately notifying the court in writing of any change of email address.
- Must be registered with PACER (www.pacer.gov).

Signature _____  Date 06/07/24

---

Court Use Only:

The Request is GRANTED ✓ or DENIED _____

Judge's Signature _____ /s/ LRV _____ Date June 10, 2024
**Lindsey Robinson Vaala**
**United States Magistrate Judge**