IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| WILSON OCHAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil Action No. 1:24CV926 |
| ) | |
| LENTEGRITY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

It appearing to the Court no service has been effected within ninety (90) days of the filing of the Complaint, it is hereby

ORDERED that the Plaintiff within twenty (20) days show cause, if any they can, why this case should not be dismissed pursuant to F.R.Civ.P. 4(m) due to Plaintiff not providing a proper address for the named Defendant to allow the United States Marshal Service to perform service.

CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
September 5, 2024