IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| WILSON OCHAR, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:24-cv-0926 |
| | ) |
| LENTEGRITY, et al., | ) |
| | ) |
|     Defendants. | ) |

### ORDER

THIS MATTER comes before the Court on Plaintiff Wilson Ochar's Motion to Amend Court Order. The Court is of the opinion that the previous ruling on August 22, 2024, is correct for the reasons previously stated. It is hereby

ORDERED that Plaintiff's Motion to Amend Court Order is DENIED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
September 6, 2024

1