IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| WILSON OCHAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil Action No. 1:24CV926 |
| ) | |
| LENTEGRITY, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

It appearing to the Court that no response providing a proper address for Defendant Lentegrity, for the purpose of allowing the United States Marshal Service to perform service, has been received to the Court's Order of September 5, 2024, it is hereby

ORDERED that this case is dismissed as to Defendant Lentegrity pursuant to F.R.Civ.P. 4(m).

*/s/ Claude M. Hilton*
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
October 30, 2024