IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| WILSON OCHAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-00926 (CMH/WBP) |
| | ) | |
| LENTEGRITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Before the Court is Plaintiff's Motion for Sanctions. ("Motion"; ECF No. 66.) Because Plaintiff has not made a showing that Defendants Lentegrity LLC or Setayesh, Inc. t/a Merlex Auto Group have violated Federal Rule of Civil Procedure 11(b), and because it is otherwise proper to do so, it is hereby

ORDERED that the Motion is DENIED.

Entered this 27th day of November 2024.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia