IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| WILSON OCHAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-00926 (PTG/WBP) |
| | ) | |
| LENTEGRITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Plaintiff's Motion to Expedite Proceedings. ("Motion"; ECF No. 82.) Because oral argument will aid the Court in its decisional process, it is hereby

ORDERED that the Court will hold a hearing on the Motion on Friday, February 7, 2025, at 10:00 a.m. in Courtroom 400. Wilson Ochar and counsel for Defendant Merlex Auto Group must attend.

Entered this 29th day of January 2025.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia