IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| WILSON OCHAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-00926 (PTG/WBP) |
| | ) | |
| LENTEGRITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the Court on its own initiative. Because it is proper to do so, it is hereby

ORDERED that a status conference is scheduled for Thursday, March 27, 2025, at 10:00 a.m. in Courtroom 400. Plaintiff Wilson Ochar and counsel for Merlex Auto Group must attend.

Entered this 14th day of March 2025.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia