**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| WILSON OCHAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-00926 (PTG/WBP) |
| | ) | |
| LENTEGRITY, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

Before the Court is Plaintiff Wilson Ochar's Motion in Opposition ("Motion"; ECF No. 103), in which Mr. Ochar opposes the Court's scheduled status conference for Thursday, March 27, 2025. Because it is proper to do so, it is hereby

ORDERED that Plaintiff's Motion is DENIED. Mr. Ochar and counsel for Merlex Auto Group must attend the status conference.

Entered this 21st day of March 2025.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia